**GREGORY G. HARRIS, ESQ.**
**CHAPTER 7 BANKRUPTCY TRUSTEE**
THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY, NEW YORK 12207

GREGORY G. HARRIS

(518) 436-1661
(518) 432-1996 FAX
E-MAIL: GGHARRIS@CAPITALREGIONLAW.COM
SERVICE BY FAX NOT ACCEPTED

MICHAEL C. CONWAY
RYAN T. DONOVAN

July 21, 2010

Clerk's Office
U. S. Bankruptcy Court
James T. Foley U.S. Courthouse - Third Floor
445 Broadway
Albany, New York   12207

Re:   **Unclaimed Funds**
      **Archie L. Robinson, Chapter 7, Case No. 09-11256**

Dear Court Clerk:

I enclose Trustee Check payable to the U.S. Bankruptcy Court Clerk in the amount of $2,385.38 and my Unclaimed Fund Report in the above matter.

Please advise if you need anything further.

Very truly yours,

**GREGORY G. HARRIS**
**CHAPTER 7 TRUSTEE**

By: Gregory G. Harris

GGH/ssh
Enclosures

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
In Re:

    ARCHIE L. ROBINSON,

                   Debtor.

UNCLAIMED FUNDS PURSUANT
TO RULE 3011 AND 11 U.S.C. § 347(a)
Chapter 7
Case No. 09-11256
-----------------------------------------------------------

**TRUSTEE REPORT OF UNCLAIMED FUNDS PURSUANT TO RULE 3011**

TO:   HON. ROBERT E. LITTLEFIELD, JR., United States Bankruptcy Judge

Gregory G. Harris, Chapter 7 Trustee of the estate of the above-named Debtor, as a supplemental report and accounting, respectfully report:

The Trustee has made a diligent effort to remit the Chapter 7 distribution checks pursuant to Trustee's Proposed Distribution filed on March 12, 2010, to the claimant listed below. The last known addresses for the claimant is:

1.    PRA Receivables Management LLC as agent for
       Household Finance Realty
       Corporation of New York
       PO Box 12907
       Norfolk, VA  23541

Check number 1005 in the amount of $2,385.38 not returned.

The Trustee submits the attached check in the amount of $2,385.38 payable to the Clerk of the United States Bankruptcy Court representing the refunds due to Household Finance Realty Corporation of New York.

Trustee has stopped payment on check numbered 1005. Check numbered 1005 has not been returned to the Trustee. More than 90 days have elapsed since this check was issued and, as such, it is void.

Dated: July 21, 2010

_____
GREGORY G. HARRIS, CHAPTER 7 TRUSTEE
For Estate of Archie L. Robinson
Five Clinton Square - Suite 400
Albany, New York  12207     (518) 436-1661